**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In Re:    Tasia C. Smith | ) | Case No. 22-40340 |
| Debtor | ) | BELOW-MEDIAN |

## AMENDMENT TO CHAPTER 13 PLAN

**COMES NOW** the above-captioned Debtor, by and through Counsel, and moves the Court to amend the Chapter 13 Plan (the "Plan") to reflect the following:

1. Debtor hereby amends the Plan's monthly payment to **$476.00**.

2. All other terms of the Plan remain the same.

Dated: April 17, 2023

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, the foregoing was delivered via e-mail to all parties registered to receive electronic filings on ECF/PACER, and via regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

/s/ Ryan A. Blay